# Kelley Jasons McGowan
## Spinelli Hanna & Reber, LLP

CATHERINE N. JASONS
cjasons@kjmsh.com

January 7, 2014

**VIA E-FILING**

The Honorable Judge Eduardo C. Robreno
United States District Court for the
  Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

Attention:  Christopher Lucca, Esquire

**RE:**  Susan E. Murphy, Individually and as Executor of the Estate of Donald Murphy, deceased v. Union Carbide, et al., United States District Court for the Eastern District of Pennsylvania, No. 13-4288  Asbestos Case

Dear Judge Robreno:

We are enclosing for the Court's approval a Stipulation dismissing Union Carbide Corporation from the above-referenced case.  Union Carbide Corporation is the only defendant in this case so the case can be marked closed.

Thank you for your attention to this matter.

Respectfully,

KELLEY JASONS McGOWAN SPINELLI HANNA & REBER, L.L.P.

Catherine N. Jasons

CNJ:sjc
Enclosure

cc:  Tia Dinh, Esquire (via E-filing)

Reply to:
Philadelphia Office: Two Liberty Place, Suite 1900 | 50 South 16th Street | Philadelphia, PA 19102 | 215.854.0658 | Fax: 215.854.8434

Other Offices:
Delaware Office: The Webster Building, Suite 209 | 3411 Silverside Road | Wilmington, DE 19899 | 302.478.1113 | Fax: 302.478.7113
New York Office: 120 Wall Street | 30th Floor | New York, NY 10005 | 212.344.7400 | Fax: 212.344.7402
Ohio Office: The Bradley Building, Suite 305 | 1220 West 6th Street | Cleveland, OH 44113 | 216.902.4444 | Fax: 216.902.4447
Pittsburgh Office: Allegheny Building, Suite 1202 | 429 Forbes Avenue | Pittsburgh, PA 15219 | 412.434.6577 | Fax: 412.434.6544

www.kjmsh.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : CONSOLIDATED UNDER<br>: MDL DOCKET NO. 875 |
| | : C.A. NO. 13-4288 |
| SUSAN E. MURPHY, Individually and as Executor of the Estate of DONALD A. MURPHY, deceased | : REMOVED FROM |
| | : PHILADELPHIA COUNTY |
| vs. | : COURT OF COMMON PLEAS |
| UNION CARBIDE CORPORATION | : JUNE TERM, 2013<br>: NO. 3873 |
| | : ASBESTOS CASE |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of January, 2014, it is hereby STIPULATED and AGREED by and between Tia Dinh, attorney for plaintiff, and Catherine N. Jasons, attorney for defendant Union Carbide Corporation, that defendant Union Carbide Corporation is hereby dismissed from the above-captioned action with prejudice. All claims by plaintiff are hereby dismissed with prejudice.

**WEITZ & LUXENBERG, P.C.**

By: /s/ Tia Dinh
Tia Dinh
200 Lake Drive, East, Suite 205
Woodland Falls Corporate Park
Cherry Hill, NJ 08002
(856) 755-1115
Attorney for Plaintiff

**KELLEY JASONS McGOWAN SPINELLI HANNA & REBER, LLP**

By: /s/ Catherine Jasons
Robert N. Spinelli
Catherine N. Jasons
I.D. Nos. 28051/30105
Two Liberty Place, Suite 1900
Philadelphia, PA 19102
(215) 854-0658
Attorneys for Defendant
Union Carbide Corporation

APPROVED BY THE COURT:

_____
ROBRENO, J.